**Murray Goodman,** Respondent, v. **Economy Processing Corp.** et al., Appellants.— In an action based on alleged fraud and deceit, the defendants other than Beatrice Robertelli appeal from an order of the Supreme Court, Kings County, dated January 22, 1960, denying their motion to dismiss for insufficiency each cause of action in the complaint insofar as the cause relates to them, respectively; and defendant Beatrice Robertelli appeals from an order of said court, dated March 15, 1960, denying her motion to dismiss for insufficiency each cause of action in the complaint insofar as the cause relates to her (Rules Civ. Prac., rule 106, subd. 4). Orders reversed, with one bill of $10 costs and disbursements, and motions granted, with leave to plaintiff to serve an amended complaint within 30 days after the entry of the order hereon. In our opinion, every cause of action pleaded in the present complaint is insufficient. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

**Kenneth S. Hyatt,** Respondent, v. **Carmine Peduto,** Appellant.— In an action to recover damages for personal injuries alleged to have been sustained by plaintiff when his car, while stopped awaiting the change of a red light at a street intersection, was struck in the rear by defendant's car, defendant appeals from an order of the Supreme Court, Westchester County, dated April 14, 1960, granting plaintiff's motion for summary judgment and directing an assessment of damages. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, issues of fact are presented which should be resolved after a trial. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.